**ANIMAL LEGAL DEFENSE FUND, INC., et al., Appellees**

v.

**NATIONAL ASSOCIATION FOR BIOMEDICAL RESEARCH, Appellant.**

**Nos. 97–5009, 97–5031, 97–5074.**

United States Court of Appeals, District of Columbia Circuit.

March 10, 1998.

Before EDWARDS, C.J.; WALD, SILBERMAN, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, RANDOLPH, ROGERS, TATEL and GARLAND, Circuit Judges.

*ORDER*

PER CURIAM

Upon consideration of appellees' Suggestion For Rehearing *In Banc,* the responses thereto, and the vote by a majority of the judges of the court in regular active service in favor of the suggestion, it is

ORDERED that the suggestion be granted. These cases will be reheard by the court sitting *in banc.* The judgment filed herein on December 9, 1997 is hereby vacated. It is

FURTHER ORDERED that an order governing further proceedings will issue separately.